United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  FREDRICK M. BLAU,                      No. C 11-00541 CRB

12         Plaintiff,                     **ORDER GRANTING MOTION TO CHANGE TIME AND DENYING MOTION TO VACATE HEARING DATE**
13     v.
14  AT&T MOBILITY, ET AL.,
15         Defendants.
                                          /
16

17     Plaintiff has filed a document entitled "Plaintiff's Statement of Nonopposition to
18  Defendants Motion to Change Time to Respond to Complaint as to Plaintiff Anthony P.
19  Tran; and Plaintiffs' Notice of Motion and Motion to Change Time of Motions Calendared
20  for May 6, 2011." See dckt. no. 22. In light of Plaintiff's non-opposition, the Court
21  GRANTS Defendants' Motion to Change Time as to the Claims of Plaintiff Anthony P.
22  Tran. See dckt. no. 16. In the second part of Plaintiff's filing, Plaintiff asks the Court to
23  "move the hearing date for the May 6th Motions" (see dckt. nos. 13, 17, 19), in light of an
24  amended complaint which Plaintiff hopes to file before then. The Court will not vacate the
25  hearing date because of an amended complaint that has not yet been filed, and which, even
26  according to Plaintiff, will only "likely" moot the pending motions. See dckt. no. 22 at 4. If
27  and when the amended complaint is filed, the Court will determine whether the amended
28  complaint moots the pending motions. The parties are welcome to submit their thoughts on

1  that issue to the Court upon the filing of the amended complaint. In the meantime, the
2  motion to vacate the May 6, 2011 hearing date is DENIED.
3      **IT IS SO ORDERED.**
4
5  Dated: April 5, 2011            CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California