UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK M. BLAU, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, a Delaware corporation; AT&T INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 11-00541 CRB<br><br>[~~PROPOSED~~] ORDER ON PARTIES' STIPULATION TO STAY ALL PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN *CONCEPCION* |

Having read and considered the Stipulation to Stay All Proceeding Pending the Supreme Court's Decision in *Concepcion* filed by Plaintiffs Fredrick M. Blau, Anthony P. Tran, Jacob R. Stern, and Lenza H. McElrath III ("Plaintiffs"), on the one hand, and Defendants AT&T Mobility LLC and AT&T Inc. (collectively, "Defendants"), on the other hand, and GOOD CAUSE APPEARING THEREFOR,

**IT IS HEREBY ORDERED** that:

1. All proceedings in this matter shall be and hereby are stayed pending the issuance of the Supreme Court's opinion in *AT&T Mobility LLC v. Concepcion*, No. 09-893, and all dates presently set on the Court's calendar are off calendar.

2. Within 14 days following the issuance of the Supreme Court's opinion in *Concepcion*, the parties shall file a joint status report.

3. The parties' rights with respect to all issues raised in Defendants' three pending

motions (Dkt. Nos. 13, 17, 19) are reserved.  This order does not waive any party's rights, claims, or defenses in this matter.  Specifically, this order does not waive any party's arguments with respect to Defendants' contention that the Court lacks personal jurisdiction over Defendant AT&T Inc., that the claims of Plaintiffs Blau, Stern, and McElrath should be arbitrated, and/or that the claims of Plaintiff Tran fail to state a claim upon which relief may be granted.

4. Defendants' administrative stay motion (Dkt. No. 25) is moot given the parties' stipulation and this order.

**SO ORDERED.**

DATED:   April 15, 2011



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

-2- [PROPOSED] ORDER ON PARTIES' STIPULATION TO STAY ALL PROCEEDINGS; CASE NO. CV 11-00541 CRB

DCACTIVE-14966250.1