| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK M. BLAU, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, a Delaware corporation; AT&T INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 11-00541 CRB<br><br>[PROPOSED] ORDER ON PARTIES' STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION<br><br>Date:        09/23/2011<br>Time:       10:00 a.m.<br>Courtroom:  8 |

Having read and considered the Stipulation to Modify Briefing Schedule on Defendants' Pending Motions to Dismiss and Motion to Compel Arbitration filed by Plaintiffs Fredrick M. Blau, Anthony P. Tran, Jacob R. Stern, and Lenza H. McElrath III ("Plaintiffs"), on the one hand, and Defendants AT&T Mobility LLC and AT&T Inc. (collectively, "Defendants"), on the other hand, and GOOD CAUSE APPEARING THEREFOR,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' opposition to the pending motions to dismiss (Docket Entry #36 and 37) shall be due on or before August 18, 2011.

2. Plaintiffs' opposition to the amended motion to compel arbitration (Docket Entry #38) shall be due on or before August 23, 2011.

3. Defendants' reply briefs in support of their pending motions to dismiss (Docket

[PROPOSED] ORDER ON STIP. TO MODIFY BRIEFING SCHED. ON DEFS.' PENDING MOTS. TO DISMISS & MOT. TO COMPEL ARB.; CASE NO. CV 11-00541 CRB

IRACTIVE-5009226.3

1  Entry #36 and 37) shall be due on or before September ~~9~~ 6, 2011.

2      4. Defendants' reply brief in support of their pending amended motion to compel

3  arbitration (Docket Entry #38) shall be due on or before September ~~12~~ 9, 2011.

4      5. The hearing on the aforementioned motions shall remain as scheduled on

5  September 23, 2011 at 10:00 a.m. in Courtroom 8 of the above-entitled court.

6  **SO ORDERED.**

7  DATED: August 12, 2011

8                            HONORABLE CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California. Stamp: "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

[PROPOSED] ORDER ON STIP. TO MODIFY BRIEFING SCHED. ON DEFS.' PENDING MOTS. TO DISMISS & MOT. TO COMPEL ARB.; CASE NO. CV 11-00541 CRB

IRACTIVE-5009226.3