**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK M. BLAU, | No. C 11-00541 CRB |
| Plaintiff, | **ORDER GRANTING JURISDICTIONAL DISCOVERY** |
| v. | |
| AT&T MOBILITY, et al., | |
| Defendants. / | |

For the reasons stated in open court, the Court GRANTS Plaintiff sixty (60) days of jurisdictional discovery as to AT&T Inc. At the conclusion of the sixty days, Plaintiff is to file a supplemental brief of no more than fifteen (15) pages as to whether it continues to assert that the Court has personal jurisdiction over AT&T Inc. (and if so, why). AT&T Inc. may respond with a brief of no more than fifteen (15) pages within two weeks of the filing of Plaintiff's supplemental brief. The Court takes under submission AT&T Inc.'s Motion to Dismiss (dkt. 36) and AT&T Mobility and AT&T Inc.'s Motion to Compel Arbitration (dkt. 38). The Court will rule on both motions once the supplemental jurisdictional briefing is complete.

**IT IS SO ORDERED.**

Dated: October 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\541\order 10-21-11.wpd