IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDRICK M. BLAU,

    Plaintiff,

  v.

AT&T MOBILITY, ET AL.,

    Defendants.

No. C 11-00541 CRB

**ORDER GRANTING IN PART MOTION TO DISMISS**

For the reasons stated from the bench, the Court GRANTS in part Defendant's Motion to Dismiss as to Plaintiff Anthony Tran, see dkt. 37, such that:

1. The fraud claims are DISMISSED with leave to amend;
2. The fraud by concealment claim is DISMISSED with leave to amend;
3. The CLRA claim is DISMISSED with prejudice;
4. The breach of contract claims are DISMISSED with leave to amend;
5. The MMWA claim is DISMISSED with prejudice;
6. The FCA § 201(b) claim is DISMISSED with prejudice; and
7. The RICO claim is DISMISSED with leave to amend.

//
//
//

1   Plaintiff has 45 days to amend his Complaint.

2   **IT IS SO ORDERED.**

3   Dated: October 28, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE