| | |
|---|---|
| 1 | Steven P. Rice (State Bar No. 094321) |
|   | srice@crowell.com |
| 2 | CROWELL & MORING LLP |
|   | 3 Park Plaza, 20th Floor |
| 3 | Irvine, California 92614 |
|   | Telephone: (949) 263-8400 |
| 4 | Facsimile: (949) 263-8414 |

1  Steven P. Rice (State Bar No. 094321)
       srice@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone:   (949) 263-8400
4  Facsimile:   (949) 263-8414

5  Theresa C. Lopez (State Bar No. 205338)
       tlopez@crowell.com
6  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
7  Los Angeles, California 90071
   Telephone:   (213) 622-4750
8  Facsimile:   (213) 622-2690

9  John Nadolenco (State Bar No. 181128)
       jnadolenco@mayerbrown.com
10 MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
11 Los Angeles, California 90071
   Telephone:   (213) 229-9500
12 Facsimile:   (213) 625-0248

13 Attorneys for Defendants
   AT&T Mobility and AT&T Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK M. BLAU, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, a Delaware corporation; AT&T INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 11-00541 CRB<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT** |

///
///
///
///
///

Having read and considered the Stipulation to Extend Deadline To Respond to Second Amended Complaint (Docket No. ____) filed jointly by Plaintiffs FREDRICK M. BLAU, ANTHONY P. TRAN, JACOB R. STERN and LENZA H. McELRATH III ("Plaintiffs"), on the one hand, and Defendants AT&T MOBILITY LLC and AT&T INC. ("Defendants"), on the other hand (collectively, the "Parties"), and GOOD CAUSE appearing therefor,

**IT IS HEREBY ORDERED** that Defendants shall respond to the Second Amended Complaint on or before January 12, 2012.

**SO ORDERED.**

DATED: _____Janaury 6, 2012_____ BY: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-1-

[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT; CASE NO. CV 11-00541 CRB